UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RALPH BUCK PHILLIPS,

                                    Plaintiff,

                                                        9:12-CV-0610
            -v-                                         (DNH/RFT)


T. LAVALLEY, Superintendent, Clinton Correctional
Facility, sued in personal and official capacity; M.
LAMOUNTAIN, Correction Officer, Clinton
Correctional Facility, sued in personal and official
capacity; S. BROWN, Deputy Supt. Security, Clinton
Correctional Facility, sued in personal and official
capacity; C. DELUTIS, Sergeant (SHU), Clinton
Correctional Facility, sued in personal and official
capacity; J. LUDWIG, Sergeant, Clinton Correctional
Facility, sued in personal and official capacity; M.
LAFOUNTAIN, Correction Officer, Clinton
Correctional Facility, sued in personal and official
capacity; J. FARRELL, Correction Officer, Clinton
Correctional Facility, sued in personal and official
capacity; A. FRENYA, Correction Officer, Clinton
Correctional Facility, sued in personal and official
capacity; C. GADWAY, Correction Officer, Clinton
Correctional Facility, sued in personal and official
capacity; BEZIO, Correction Officer, Clinton
Correctional Facility, sued in personal and official
capacity; LECLAIRE, Correction Officer, Clinton
Correctional Facility, sued in personal and official
capacity; SEAN LILLEDAHL, Correction Officer,
Clinton Correctional Facility, sued in personal and
official capacity; MORROW, Correction Officer,
Clinton Correctional Facility, sued in personal and
official capacity; and JOHN DOE, Correction Officer,
Clinton Correctional Facility, sued in personal and
official capacity,

                                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

RALPH BUCK PHILLIPS
06-B-3437
Plaintiff, Pro Se
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

HON. ERIC T. SCHNEIDERMAN                       LAURA A. SPRAGUE, ESQ.
Attorney General for the State of New York      Ass't Attorney General
Attorneys for Defendants
The Capitol
Albany, NY 12224


DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 1983.  On March 1, 2013,

the Honorable Randolph F. Treece, United States Magistrate Judge, advised by Report-

Recommendation that defendants' motion to dismiss be granted and ordered that plaintiff's

cross-motion to amend be granted in part and denied in part.  No objections to the Report-

Recommendation were filed.  Plaintiff filed an Amended Complaint on March 1, 2013.[1]

Based upon a careful review of the entire file and the recommendations of the

Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C.

§ 636(b)(1).

Therefore it is

ORDERED that

---

[1] Pursuant to Judge Treece's Report-Recommendation and Order, plaintiff's Amended Complaint, ECF No. 39 (with paragraphs 3(n)-3(q), 66-111, and 123-26 stricken), is now the operative pleading.

1.  Defendants' motion to dismiss is GRANTED;

2.  All claims against defendants LaValley and Brown are DISMISSED for lack of personal involvement; and

3.  All claims for monetary damages against all defendants in their official capacities are DISMISSED pursuant to the Eleventh Amendment.

IT IS SO ORDERED.

United States District Judge

Dated:  April 17, 2013
        Utica, New York.