UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RALPH BUCK PHILLIPS,

                            Plaintiff,

        -v-

T. LAVALLEY, Superintendent, Clinton Correctional Facility, sued in personal and official capacity; M. LAMOUNTAIN, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; S. BROWN, Deputy Supt. Security, Clinton Correctional Facility, sued in personal and official capacity; C. DELUTIS, Sergeant (SHU), Clinton Correctional Facility, sued in personal and official capacity; J. LUDWIG, Sergeant, Clinton Correctional Facility, sued in personal and official capacity; M. LAFOUNTAIN, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; J. FARRELL, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; A. FRENYA, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; C. GADWAY, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; BEZIO, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; LECLAIRE, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; SEAN LILLEDAHL, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; MORROW, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity; and JOHN DOE, Correction Officer, Clinton Correctional Facility, sued in personal and official capacity,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

9:12-CV-0610
(DNH/RFT)

| APPEARANCES: | OF COUNSEL: |
|---|---|
| RALPH BUCK PHILLIPS<br>06-B-3437<br>Plaintiff, Pro Se<br>Upstate Correctional Facility<br>P.O. Box 2001<br>Malone, NY 12953 | |
| HON. ERIC T. SCHNEIDERMAN<br>Attorney General for the State of New York<br>Attorneys for Defendants<br>The Capitol<br>Albany, NY 12224 | LAURA A. SPRAGUE, ESQ.<br>Ass't Attorney General |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On March 1, 2013, the Honorable Randolph F. Treece, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion to dismiss be granted and ordered that plaintiff's cross-motion to amend be granted in part and denied in part. No objections to the Report-Recommendation were filed. Plaintiff filed an Amended Complaint on March 1, 2013.[1]

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore it is

ORDERED that

---

[1] Pursuant to Judge Treece's Report-Recommendation and Order, plaintiff's Amended Complaint, ECF No. 39 (with paragraphs 3(n)-3(q), 66-111, and 123-26 stricken), is now the operative pleading.

1. Defendants' motion to dismiss is GRANTED;

2. All claims against defendants LaValley and Brown are DISMISSED for lack of personal involvement; and

3. All claims for monetary damages against all defendants in their official capacities are DISMISSED pursuant to the Eleventh Amendment.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 17, 2013
Utica, New York.